IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **AMSOUTH BANK,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No. 8:04CV618-T-27MAP |
| **MICHAEL WAYNE LEWIS, et al.,** | ) |
| **Defendants.** | ) |

**PLAINTIFF, AMSOUTH BANK'S, MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, BEST INSURANCE OF FLORIDA, INC AND MEMORANDUM OF LAW**

COMES NOW Plaintiff, AmSouth Bank (hereinafter "Plaintiff"), by and through its undersigned counsel, and moves the Clerk for entry of a Clerk's Default against Defendant, Best Insurance of Florida, Inc. In support of its motion, Plaintiff respectfully states as follows:

1. Defendant, Best Insurance of Florida, Inc. is not represented by Counsel.

2. Defendant, Best Insurance of Florida, Inc., was properly served with process on April 30, 2004 (Dkt. 43). Its Answer was due on April 19, 2004, and Defendant has not filed an Answer or other pleading responsive to the Complaint.

Accordingly, Plaintiff respectfully requests that the Clerk enter a Clerk's Default against Defendant, Best Insurance of Florida, Inc.

**MEMORANDUM OF LAW**

1. Rule 55(a) of the Federal Rules of Civil Procedure allows the clerk to enter a default with regard to a claim for affirmative relief against a party who has failed to plead or otherwise defend. The elements of the default must be shown by affidavit or other competent proof. The rule specifically provides,

(a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

2. When the prerequisites of Rule 55(a) are satisfied, the clerk should enter the default without any action being taken by the court.

3. Before a default may be entered, the court must have jurisdiction over the party. This jurisdictional requirement is also applicable where the court is proceeding in rem. *Yox v. Durgan*, 298 F. Supp. 1365 (D.C. Tenn. 1969).

WHEREFORE, Plaintiff respectfully requests that the Clerk enter a Clerk's Default against Defendant, Best Insurance of Florida, Inc.

LOCAL COUNSEL:

SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A.

By: s/ Lisa M. Castellano
   LISA M. CASTELLANO, FL Bar No. 748447
CHERYL LISTER, FL Bar No. 475280
South Trust Plaza
201 E. Kennedy Blvd., Suite 600
Tampa, FL 33602
(813) 314-4500

HUSCH & EPPENBERGER, LLC
DAVID R. EVANS, TN Bar No. 011211
RYAN MITCHEM, TN Bar No. 022196
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
(423) 266-5500
(423) 266-5499
**Attorneys for AmSouth Bank**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2005, I electronically filed the foregoing PLAINTIFF, AMSOUTH BANK'S, MOTION FOR JUDICIAL DEFAULT AGAINST DEFENDANTS, BEST INSURANCE OF FLORIDA, INC., CHANDRA L. TYSON AND PATRICIA L. CARTER AND MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to those registered with the system. A true and correct copy of the foregoing is being served by U.S. Mail on the following:

Thomas McLain, Jr.
Fisher & Sauls, P.A.
100 2nd Avenue South, Suite 701
St. Petersburg, FL 33731
    For Mercantile Bank

Stuart J. Freeman, Esq.
Joshua D. Goldis, Esq.
2553 1st Avenue North
P.O. Box 12349
St. Petersburg, FL 33733
    For Michael Lewis

Frederick T. Lowe
Florida Law Group LLC
3907 Henderson Blvd., Suite 200
Tampa, FL 33629-5015
    For Sean White

Jeffrey A. Blau, Esq.
213 E. Davis Blvd.
Tampa, FL 33606
    For Harry L. James and Word of Truth Ministries, Inc.

Kimberly Montgomery
6031 SE 39th Avenue
Ocala, FL 34480

Florida Medical Evaluations, Inc.
c/o Kimberly Montgomery, Registered Agent
6031 SE 39th Ave.
Ocala, FL 34480

Best Insurance of Florida, Inc. – a dissolved Florida corporation
c/o Patrick M. O'Connor, Esq., R.A.
2240 Belleair Road, Ste. 160
Clearwater, FL  33764

Best Insurance of Florida USA, Inc.
c/o Jamaal L. Woody, Registered Agent
10611 Riverview Drive
Riverview, FL  33569

Father's Heart Resource Center, Inc.
c/o Jamaal L. Woody, Registered Agent
10611 Riverview Drive
Riverview, FL  33569

Harvest Christian Academy, Inc.
c/o Jamaal Woody, Registered Agent
10611 Riverview Drive
Riverview, FL  33569

Harvest Ministries of Ocala, Inc. – a dissolved corporation
c/o Kimberly Montgomery (Secretary and Director)
6031 SE 39th Ave.
Ocala, FL  34480

Harvest Ministries of Riverview and Word Training Center, Inc. – a dissolved corporation
c/o Rita Bowles, Officer
3800 N. Nebraska Ave.
Tampa, FL  33603

Southeast Episcopal Diocese of the Word of Faith, Inc.
c/o Rita Bowles, Officer
3800 N. Nebraska Ave.
Tampa, FL  33603

Patricia L. Carter, a/k/a Reverend Patricia Carter and Pat Carter
3800 N. Nebraska Ave.
Tampa, FL  33603

Louise George Gentle, a/k/a Louise D. Gentle,                    *(service address)*
Louise Gentle and Reverend Louise Gentle
3800 N. Nebraska Ave.
Tampa, FL  33603

| | |
|---|---|
| Louise George Gentle, a/k/a Louise D. Gentle, Louise Gentle and Reverend Louise Gentle<br>10909 N. 21st Street<br>Tampa, FL  33612 | *(alternative address)* |
| Chandra L. Tyson<br>3810 N. 40th Street<br>Tampa, FL  33605 | *(service address)* |
| Chandra L. Tyson<br>1211 Belladona Dr.<br>Brandon, FL  33510 | *(alternative address)* |

Achievement Educational Systems, Inc.
c/o Jamaal L. Woody, Registered Agent
10611 Riverview Drive
Riverview, FL  33569

Christian Assemblies International, Inc.
c/o Jamaal L. Woody, Registered Agent
10611 Riverview Drive
Riverview, FL  33569

Eagles Christian Fellowship, Inc.
c/o Jamaal L. Woody, Registered Agent
10611 Riverview Drive
Riverview, FL  33569

Riverview Academy, Inc.
c/o Jamaal L. Woody, Registered Agent
10611 Riverview Drive
Riverview, FL  33569

ZFC Printing, Inc.
c/o Rita Bowles, Officer
3800 N. Nebraska Ave.
Tampa, FL  33603

Zoe Family Life Center, Inc.
c/o Rita Bowles, Officer
3800 N. Nebraska Ave.
Tampa, FL  33603

              <u>s/ Lisa M. Castellano</u>
              Lisa M. Castellano