UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMSOUTH BANK,**

**Plaintiff,**

vs.                                                    Case No. 8:04-CV-618-T-27MAP

**MICHAEL WAYNE LEWIS, et al.,**

**Defendants.**
_____/

## FINAL ORDER AND JUDGMENT

**BEFORE THE COURT** is the Joint Motion of AmSouth Bank, Michael Wayne Lewis, Chandra Tyson, Louise Gentle and Sean White for Entry of Judgment Pursuant to Rules 7(b) and 58 of the Federal Rules of Civil Procedure (Dkts. 353, 354); Defendant Harry James and Word of Truth Ministries, Inc.'s "Objection to Dismissal without Prejudice of Defendants James and Word of Truth Ministres, Inc. without Assessment of Fees and Costs against Plaintiff"[1] (Dkt. 355), the Response of Amsouth Bank to the Objections (Dkt. 356), and Defendant Harry James and Word of Truth Ministries, Inc.'s Motion for Leave to File a Reply (Dkt. 357). Upon consideration, it is **ORDERED AND ADJUDGED**:

1)   The Joint Motion of AmSouth Bank, Michael Wayne Lewis, Chandra Tyson, Louise Gentle and Sean White for Entry of Judgment Pursuant to Rules 7(b) and 58 of the Federal Rules of Civil Procedure (Dkt. 353) is **GRANTED**.

---

[1] Defendants Harry James and Word of Truth Ministries, Inc. do not object to the substantive provisions of the Proposed Order submitted by the joint movants. Rather, they object to their dismissal without payment of attorneys' fees and costs.

1

2) The Clerk is directed to enter judgment in favor of AmSouth Bank against Defendant Michael Wayne Lewis in the amount of $2,820,000.00, together with interest as provided in 28 U.S.C. § 1961 from and after the date of entry, for all of which let execution issue.

3) The action is **DISMISSED** without prejudice as to the Defendants Louise Gentle, Chandra Tyson, Sean White, Harry James, and Word of Truth Ministries, Inc.

4) Each party shall bear its own costs and expenses. Defendants Harry James' and Word of Truth Ministries, Inc.'s request for attorneys' fees and costs (Dkt. 355) is **DENIED** without prejudice.[2] Defendants' Motion to Allow Filing of Reply (Dkt. 357) is **DENIED**.

5) The sum of $15,944.82 held in the Court's registry pursuant to the interpleader action filed by Mercantile Bank shall be paid to Plaintiff AmSouth Bank.

6) Fidelity National Title Insurance Company shall remit the $15,628.88 escrow deposit which it holds from the foreclosure and sale of the Word of Truth Ministries, Inc. property in Ft. Myers, Florida to Plaintiff AmSouth Bank.

7) The $10,000.00 cash bond posted by Plaintiff AmSouth Bank is hereby released and shall be returned by the Clerk to Plaintiff.

8) All counterclaims and cross-claims by or against Defendants Sean White and Michael Wayne Lewis are hereby **DISMISSED** with prejudice.

9) The dismissal of any party to this action shall not release any other person or entity who is or may be liable to Plaintiff AmSouth Bank, nor shall it release any monetary claims of Plaintiff Bank against the person or entity so dismissed. Any monetary claims arising out of the

---

[2] This request may be renewed should Plaintiff refile the same action against Defendants Harry James and Word of Truth Ministries, Inc. *See Versa Prods., Inc. v. Home Depot, USA, Inc.*, 387 F.2d 1325, 1328 (11th Cir. 2004).

subject matter of this litigation, not resolved by default judgment or by this Order, shall be referred to arbitration by the party seeking relief.

10) The Clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 29th day of October, 2007.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties